# EXHIBIT A



## CERTIFICATION OF FDA REGISTRATION

This certifies that:

百世佳品健康科技有限公司

Is registered with the U.S. Food and Drug Administration pursuant to Food Facility Registration program, such registration having been verified as currently effective on the date hereof by Shenzhen CDT Testing Technology Co., Ltd

| US FDA Registration No : | 17427032634 |
|---|---|
| D-U-N-S Number : | 616508499 |
| Selected Product Name : | LARINECO REMINERALIZING GUM |

This certificate affirms that the above stated facility is registered with the U.S. Food and Drug Administration pursuant to section 305 of the U.S. Public Health Security and Bio terrorism Preparedness and Response Act of 2002, P.L. 107-188, such registration having been verified as effective by CDT as of the date hereof, and CDT will confirm that such registration remains effective upon request and presentation of this certificate until the expiration of one year from the date hereof, unless terminated after issuance of this certificate. CDT makes no other presentations or warranties, nor does this certificate make any representations or warranties to any person or entity other than the named certificate holder, for whose sole benefit it is issued. CDT assume no liability to any person or entity in connection with the foregoing. The U.S. Food and Drug Administration does not issue a certificate of registration, nor does the U.S. Food and Drug Administration recognize a certificate of registration CDT is not affiliated with the U.S. Food and Drug Administration

Tel: 1-888-INFO-FDA (1-888-463-6332)
e-mail: webmail@oc.fda.gov

Jack Wang /Chief engineer
Issued Date:18/ 03/ 2025
Expiration Date: 31/ 12/ 2026