# EXHIBIT B













