# EXHIBIT C



Top Selling Products





