# EXHIBIT G





